NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul D. Murphy (159556)
Daniel N. Csillag (266773)
MURPHY ROSEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Tel: (310) 899-3300

ATTORNEY(S) FOR: Plaintiff Jinshu "John" Zhang

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINSHU "JOHN" ZHANG<br><br>Plaintiff(s),<br>v.<br>DENTONS U.S. LLP; MICHAEL T. MCNAMARA, EDWARD J. REICH; and DOES 1 through 50,<br><br>Defendant(s) | CASE NUMBER:<br><br>Case No. 2:21-cv-04682 RGK (JCx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for            Plaintiff Jinshu "John" Zhang
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jinshu "John" Zhang | Plaintiff |

June 9, 2021                                   /s/ Paul D. Murphy
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jinshu "John" Zhang

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES

# CERTIFICATE OF SERVICE - CM/ECF

I, **LESLIE MAYTORENA**, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 100 Wilshire Boulevard, Suite 1300, Santa Monica, California 90401-1142, (310) 899-3300.

On June 9, 2021, **PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by electronically filling the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Patrick M. Collins
Patrick M. Otlewski
**KING & SPALDING LLP**
110 North Wacker, Suite 3800
Chicago, IL 60606
*pcollins@kslaw.com*
*potlewski@kslaw.com*

Joseph N. Akrotirianakis
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
*jakro@kslaw.com*

Brian A. White
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
*bwhite@kslaw.com*

Executed on **June 9, 2021**, at Santa Monica, California.

**LESLIE MAYTORENA**