**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jinshu John Zhang<br><br>v.<br><br>Dentons U.S. LLP et al<br>PLAINTIFF(S)<br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-04682-RGK-JCx<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 21-01<br>(RELATED CASES)** |

**CONSENT**

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

_____
Date

_____
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The cases are not related. The plaintiffs are different in each case, and held different positions in the defendant law firm, and the issues and claims are distinct.

06/10/2021
Date

*/s/ Virginia A. Phillips*
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:19-cv-04103-VAP-SSx   and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___n/a___ to Magistrate Judge ___n/a___.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials ___VAP___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:21-cv-04682-VAP-JCx___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (03/21)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Cases)